# NATIONAL CART CO

## SAFE USE & MAINTENANCE GUIDE
## CART CORRALS

Thank-you for your purchase! This guide will help you maintain and extend the service life of your products, while ensuring that your cart corrals remain safe and usable for your associates and patrons.

Any product, no matter how well constructed, may fail as a result of improper maintenance, abuse/mistreatment, or improper use. To reduce this risk, we strongly recommend you read and follow all safety/maintenance procedures contained in this packet and implement your own safety inspection and maintenance protocols before placing your carts in use.

## Guide Contents
- **Receiving & Unloading**
- **Safe Use Information**
- **Safe Use Guidelines**
- **Safety Inspection Criteria**
- **Safety Inspection Checklist**
- **Maintenance Recommendations**

## Receiving & Unloading
Your National Cart corrals have been packaged to prevent damage and utilize the space in the trailer. Immediately take control of the delivery when it arrives. The driver may or may not know the procedures needed to unload products. Once the trailer is in place in the lot or at the loading dock check all visible bindings. **DO NOT** drop the products to the ground while unloading, components may be damaged. DAMAGE CAUSED BY IMPROPER UNLOADING AND HANDLING OF CART CORRALS IS NOT COVERED BY THE WARRANTY. COUNT THE PRODUCTS AS THEY ARE UNLOADED, BUT KEEP THEM SEPARATE FROM OTHERS SO THAT THE COUNT CAN BE VERIFIED AT THE END OF UNLOADING. INSPECT PRODUCTS FOR ANY DAMAGE CAUSED DURING SHIPMENT. ITEMS SHALL BE UNPACKED TO THE EXTENT NECESSARY TO DETECT OTHERWISE CONCEALED DAMAGE. NOTE ANY DAMAGE AND THE FINAL PRODUCT-COUNT ON THE BILL OF LADING. NOTE ANY DISCREPANCIES BETWEEN THE PRODUCT RECEIVED AND THE PACKING LIST.

## Important:
**Remove any product from service if it is found to be damaged or if it fails one or more checks listed in the safety inspection criteria section of this guide. A damaged item should remain out of service until a repair or replacement can be made. Missing or damaged items must be reported to the driver and to National Cart. Call 1−800−455-3802 and speak to a customer service representative with the details of your shipment.**

## Safe Use Information
The intended use of Cart Corrals is to neatly store shopping carts in parking lots. Any use other than what the product is intended for can cause damage to the product and make it unsafe to operate. **Items with damage, defects or missing parts must be taken out of service immediately until a repair or replacement can be made.**

## Safe Use Guidelines
*THE FOLLOWING LIST PROVIDES SOME BASIC DO's AND DON'TS ABOUT CART CORRALS.*
**DO** educate your associates and managers when and how to intervene when they observe unsafe use involving Cart Corrals.
**DO** inspect corrals daily for damage, defects, or missing parts and remove them from service immediately. Inspection checklist provided on next page
**DO** perform periodic maintenance and repairs to your corrals to ensure they are safe and ready for use.
**DO** inform management of unsafe conditions in the operating environment.
**DO** orient Cart Corrals such that the stop bar is oriented downhill from the cart corral entrance

**DON'T** overload the corral beyond its capacity or use for something other than what it is intended.
**DON'T** hang or climb on cart corrals
**DON'T** install corrals on uneven surfaces. all base plates must be in contact with the ground in order for side rails to be secure.
**DO** strategically place corrals throughout your parking lot for the most efficient use for your associates and patrons.
**DO** place cart corrals in spots that allow for adequate space for opening car doors
**DO** use caution when loading and unloading carts
**DO** use the open front to enter or exit corrals
**DON'T** climb or pass through any part of the cart corral other than the open front
**DO** check with local ordinances before installing corrals
**DO** maintain the integrity of your cart corral signs and replace as necessary
**DON'T** use Cart Corrals for permanent storage or storage of anything except shopping carts for which the cart corral was designed. Other carts (flat carts, lumber carts, wagons, etc.) may not properly fit within the corral
**DO** consider wind loads, snow loads, and any other relevant weather for your environment when installing cart corrals
**DO** use caution when removing snow around corrals
**DON'T** hit corrals with snow removal equipment
**DON'T** push snow into, against or on corrals
**DO** realize that wind can blow carts out of corrals. Properly secure carts in cases of high winds.
**DON'T** move corrals with pallet jacks or fork lift trucks
**DON'T** allow any horseplay on or in corrals
**DON'T** push and allow corrals to move on their own. Corrals must be anchored properly to ensure that they stay in place throughout normal patterns of weather.
**DON'T** modify a cart corral in any way
**DO** use caution when operating a product around hazards (curbs, thresholds, etc.)
**DO** keep hands and loose clothing or hair clear from hinges, pinch points and moving parts
**DON'T** allow products to impact against each other or any other kind of obstruction

## Anchoring Guidelines

All Cart Corrals should be anchored to the ground. Anchoring your cart corral(s) is important to the products performance. There may be specific anchoring codes required by local authorities. Check local ordinances for any applicable requirements.

Prior to anchoring, choose appropriate locations for your corrals that are convenient for your patrons and associates, provide adequate space for auto traffic and doors.

Check with local codes, ordinances and utilities before anchoring.

National Cart recommends using a qualified contractor to anchor your cart corrals to your parking lot.

Only use anchoring hardware that is appropriate for your corral, parking lot type and environment.

## Moving Parts Safe Use Guidelines

The product(s) that you have may or may not have moving parts that are incorporated into their design. Some or all of the following guidelines may be applicable to your specific situation.

Make sure all removable features (handles, shelves, legs etc.) are properly secured before operating

Beware of pinch points and keep all body parts, clothing or other objects clear from these areas.

## Promoting Safe Use in the Store

The safe use and operation of cart corrals should be a high priority of operation wide safety practices. **Associates need to be trained about the potential dangers caused by not following warning labels and recommendations.**

## Safety Inspection Criteria

Inspect your products as necessary to keep them in proper working order. To aid you in performing routine Safety Inspections; we are providing the following Safety Inspection Checklist. Products should be visually inspected regularly to identify problems. **Train associates to know what to look for during inspections. Remove products from service immediately if any safety issues are found.**

## Safety Inspection Checklist

If one or more of the following criteria fails upon inspection of a cart corral,  – **REMOVE FROM SERVICE IMMEDIATELY UNTIL A REPAIR OR REPLACEMENT CAN BE MADE**. Items that have been removed from the fleet for repair should be tied together with a lock and chain and labeled **"DO NOT USE – UNSAFE"** until they can be repaired or replaced.

- ✓ **All Safety-Warning Labels are present and fully legible.**

- ✓ **All moving parts can be operated properly and with ease.**

- ✓ **There are no missing or broken components on the cart and all fasteners are tight and secure.**

- ✓ **Corral sits flush on the ground and is firmly anchored to the parking lot**

- ✓ **There are no bent, cracked, sharp or protruding areas on the corral that may cause injury.**

- ✓ **All welds and/or joints are intact**

## Maintenance Recommendations

Your National Cart Products have been designed to withstand the daily rigor of normal use and to perform as expected throughout their service life with minimal maintenance. While special cases may exist, the care and maintenance of the products is your responsibility. By following the procedures listed below, you can be sure that your purchase will have a long and useful life. We strongly recommend that you perform a thorough cleaning and routine maintenance every 3-6 months. The products should be serviced by a trained in-house associate, or a qualified service company.

## REPLACE WORN COMPONENTS.

• Parts such as plugs, caps, signage, anchors, bumpers, removable components, etc  can be easily replaced during routine maintenance. Certain repairs may require a higher level of mechanical expertise and knowledge. Please contact your customer service representative if you are unsure of any necessary repair.

## STORE PRODUCTS IN A COVERED AND WELL VENTILATED AREA.

• Prolonged exposure to moisture will eventually cause rust and damage.
• Avoid placing corrals in or near standing water, or water sources

*Revision Date: May 2015*

## CLEAN PRODUCTS EVERY 3 TO 6 MONTHS.

•Products exposed to snow, ice and salt will need to be cleaned/maintained more often. This is especially important in Northern Regions

• When using a power washer do not exceed 1500 psi of water pressure or 150 degrees F. of water temperature. Too much pressure or heat can damage the finish.

• Remember to check with your local and state regulations regarding runoff of detergents or cleaners.

• Never use a solvent or a degreaser on the bearings of your products. If moving parts are making excessive noise or are difficult to operate, lubricate with an appropriate oil or grease.

• Move products prior to performing any nearby building maintenance such as cleaning, or spraying for pests, to avoid getting damaging chemicals on the product's finish.

• Although cart corrals have a galvanized (zinc)finish; It is typical for cart corrals to exhibit minor surface corrosion around the welded areas.  If desired, these areas may be painted with a touch-up spray paint that is available from National Cart.  When painting, take care to prevent over spray from depositing on to nearby vehicles or structures.

### If your cart corral has concrete ballasts:
• As with all concrete products in the parking lot, the ballasts provided with the cart corral are susceptible to damage over time when exposed to the natural freeze/thaw cycles that occur in the winter. The use of de-icers, especially rock salt, can accelerate this deterioration process. Surface flaking, or spalling, can occur. Limit the exposure of the ballasts to de-icers to the extent possible.

• To minimize these effects, the use of a quality concrete sealer is also recommended. Apply the sealer in accordance with the manufacturer's instructions, and note that the product is to be re-applied at recommended time intervals. This is good practice for all concrete products in the parking lot.



**National Cart Co. LLC**
**Customer Service Department**
**3125 Boschertown Road**
**St. Charles, MO 63301**

**Phone: (636) 947-3800**
**Fax: (636) 723-4477**
**www.nationalcart.com**

Your Satisfaction is very important to National Cart Company. If you have any comments or questions concerning proper maintenance and/or safety of our carts, please contact our Customer Service Department (800) 455-3802 . We recommend that this copy of NCC Safe Use & Maintenance Guide be kept on file or displayed within your facility. National Cart Company is not responsible for aftermarket additions or maintenance performed by outside contractors at your store. For a list of service companies, please call our Customer Service Department at the phone number below. For reprints of this document, visit our website at www.nationalcart.com.  Spare Parts for NCC Products can be purchased by contacting our Customer Service Department by fax, phone or e-mail.

*** For the latest product information go to www.nationalcart.com ***