PLEASE NOTE: ASTM International is providing no-cost public access to important ASTM standards used in the production and testing of personal protective equipment.
More

We use cookies, including third party cookies, to provide you with the best possible browsing experience. To learn more about cookies and our privacy practices, please review our  privacy policy with updates effective May 25, 2018.

# Frequently Asked Questions

## General

### What is ASTM International?

### What is a Standard?

A standard is a document that has been developed and established through ASTM's consensus principles and which meets the requirements of our procedures and regulations. Full consensus standards are developed with the participation of stakeholders with an interest in their development and use.

### How and where are ASTM standards used?

ASTM standards are used by individuals, companies and other institutions around the world. Purchasers and sellers incorporate standards into contracts; scientists and engineers use them in their laboratories and offices; architects and designers use them in their plans; government agencies around the world reference them in codes, regulations and laws; and many others refer to them for guidance.

ASTM standards are voluntary in that we do not mandate their use. However, government regulators often give voluntary standards the force of law by citing them in laws, regulations and codes. In the United States, the relationship between private-sector standards developers and the public sector was strengthened with the 1995 passage of the National Technology Transfer and Advancement Act (Public Law 104-113). The law requires that government agencies use privately developed standards whenever possible, saving taxpayers millions of dollars by simplifying formerly duplicative standards development efforts.

## ASTM's Standards Development Process

How is a new standards development activity initiated?

How are ASTM standards developed?

How long does it take to develop an ASTM standard?

Who governs ASTM's standards development procedures?

Who governs ASTM's standards development procedures? ASTM's governing body is our board of directors, which is elected by the entire membership. The board and its standing committees have established procedures to ensure that standards are developed on a consensus basis, that all dissenting parties receive due process, and that all of our standards follow style and format requirements. "Regulations Governing ASTM Technical Committees" and "Form and Style for ASTM Standards" are among the documents that govern the ASTM standards development process.

# Membership

Who develops ASTM standards?

How often do ASTM technical committees meet?

How do I become a member of ASTM?

# ASTM and International Standards Development

What makes ASTM an international standards developing organization?

Does ASTM meet criteria for organizations that develop international standards?

# Access to Standards

How do I obtain an ASTM standard?

## Miscellaneous

How is ASTM funded?

What certification services does ASTM offer?

What is the Safety Equipment Institute?

Does ASTM provide testing services?

Can a company indicate that their product conforms to an ASTM standard?

Does ASTM certify laboratories?

Recommended

**Tracker** Track changes to standards via bi-weekly email alerts.

All

Search topic, title, author, A53

GO

Home

About ASTM

Site Map

Support

Contact

Policies

Privacy Policy

Copyright/Permissions

Reading Room

Copyright © 1996 - 2021 ASTM. All Rights Reserved. ASTM International, 100 Barr Harbor Drive, PO Box C700, West Conshohocken, PA, 19428-2959 USA

/